B6F (Official Form 6F) (12/07)

IN RE **PABON PEREZ, JORGE LUIS** _____   Case No. **13-04918**
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10712347006** <br><br> **AAA** <br> **PO BOX 70101** <br> **SAN JUAN, PR  00936-8101** | | | | | | | **57.05** |
| ACCOUNT NO. **0410027686007** <br><br> **AEE** <br> **PO BOX 71324** <br> **SAN JUAN, PR  00936-8424** | | | | | | | **359.11** |
| ACCOUNT NO. **523038757512** <br><br> **AT&T** <br> **PO BOX 192830** <br> **SAN JUAN, PR  00919-2830** | | | | | | | **975.75** |
| ACCOUNT NO. **355011853** <br><br> **BANCO POPULAR DE PR** <br> **PO BOX 70100** <br> **SAN JUAN, PR  00936-8100** | | | | | | | **218.76** |

**3** continuation sheets attached

Subtotal (Total of this page)  $ **1,610.67**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE PABON PEREZ, JORGE LUIS _____ Case No. **13-04918** _____
Debtor(s)             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**COLLECTION AND MANAGEMENT ASSISTANCE, IN**<br>**SUITE 1102**<br>**CAPITAL CENTER SOUTH TOWER 239 ARTERIAL**<br>**SAN JUAN, PR  00918-1477** | | | Assignee or other notification for:<br>**BANCO POPULAR DE PR** | | | | |
| ACCOUNT NO. **4549-1930-5137-4240**<br>**BANCO POPULAR DE PR**<br>**PO BOX 70100**<br>**SAN JUAN, PR  00936-8100** | | | NO. REF. 102321023 | | | | 830.61 |
| ACCOUNT NO.<br>**OPERATING PARTNERS**<br>**PO BOX 194499**<br>**SAN JUAN, PR  00919-4499** | | | Assignee or other notification for:<br>**BANCO POPULAR DE PR** | | | | |
| ACCOUNT NO.<br>**COLLECTION ADVISEMENT ASSOC**<br>**120 ROAD 876**<br>**TRUJILLO ALTO, PR  00976** | | | Assignee or other notification for:<br>**BANCO POPULAR DE PR** | | | | |
| ACCOUNT NO. **699603713**<br>**CLARO**<br>**METRO OFFICE PARK PISO 2**<br>**GUAYNABO, PR  00966** | | | OPEN ACCOUNT OPENED 6/2008 | | | | 494.00 |
| ACCOUNT NO.<br>**MILLENIUM COLLECTION AGENCY, INC.**<br>**PO BOX 79193**<br>**CAROLINA, PR  00984-9193** | | | Assignee or other notification for:<br>**CLARO** | | | | |
| ACCOUNT NO. **4429491**<br>**DPTO DE TRANSPORTACION Y OBRAS PUBLICAS**<br>**PO BOX 41269**<br>**SAN JUAN, PR  00940-1269** | | | Tickets no. 28500832, 29248647, 29016211, 29016648, 27503919, 27504871, 27504872, 27504873, 27504874, 4429491, 614710, 29481982 | | | | 1,300.00 |

Sheet no. _____ **1** of _____ **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $   **2,624.61**<br>(Total of this page)<br><br>Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **PABON PEREZ, JORGE LUIS**      Case No. **13-04918**
_____
Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2100386007100330**<br>**FIRST BANK**<br>PO BOX 19327<br>SAN JUAN, PR  00910-1427 | | | **INSTALLMENT ACCOUNT OPENED 12/2006 NO. REF. 00750746588** | | | | **10,950.00** |
| ACCOUNT NO.<br>**TEAM COLLECTION SERVICES, INC.**<br>PMB 420 PO BOX 6022<br>CAROLINA, PR  00984-6022 | | | **Assignee or other notification for:**<br>**FIRST BANK** | | | | |
| ACCOUNT NO. **2010010038380048368**<br>**FIRST BANK**<br>PO BOX 19327<br>SAN JUAN, PR  00910-1427 | | | **NO. REF. 101876109** | | | | **25,817.89** |
| ACCOUNT NO.<br>**OPERATING PARTNERS**<br>PO BOX 194499<br>SAN JUAN, PR  00919-4499 | | | **Assignee or other notification for:**<br>**FIRST BANK** | | | | |
| ACCOUNT NO. **2010010073717136 4554**<br>**FIRST BANK**<br>PO BOX 19327<br>SAN JUAN, PR  00910-1427 | | | **NO. REF. 102066604** | | | | **9,879.77** |
| ACCOUNT NO.<br>**OPERATING PARTNERS**<br>PO BOX 194499<br>SAN JUAN, PR  00919-4499 | | | **Assignee or other notification for:**<br>**FIRST BANK** | | | | |
| ACCOUNT NO.<br>**MANAGEMENT GROUP INC.**<br>**AVENIDA WINSTON CHURCHILL**<br>**#181 SUITE 5-A**<br>RIO PIEDRAS, PR  00926 | | | **Assignee or other notification for:**<br>**FIRST BANK** | | | | |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   **46,647.66**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE PABON PEREZ, JORGE LUIS                                    Case No. 13-04918
_____
                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8228630010801325**<br>**LIBERTY CABLEVISION-PR**<br>**PO BOX 719**<br>**LUQUILLO, PR  00773** | | | OPEN ACCOUNT OPENED 10/2010 | | | | 483.00 |
| ACCOUNT NO. **6055816**<br>**NATIONWIDE RECOVERY SYSTEMS**<br>**2304 TARPLEY RD STE 134**<br>**CARROLLTON, TX  75006-2470** | | | NO. REF. 90693542 | | | | 1,151.15 |
| ACCOUNT NO.<br>**AT&T**<br>**PO BOX 192830**<br>**SAN JUAN, PR  00919-2830** | | | Assignee or other notification for:<br>NATIONWIDE RECOVERY SYSTEMS | | | | |
| ACCOUNT NO.<br>**FIRST REVENUE ASSURANCE**<br>**PO BOX 3020**<br>**ALBUQUERQUE, NM  87110** | | | Assignee or other notification for:<br>NATIONWIDE RECOVERY SYSTEMS | | | | |
| ACCOUNT NO. **5438-9179-9977-0353**<br>**PORTFOLIO RECOVERY ASSOCIATES,LLC**<br>**BANK OF AMERICA**<br>**PO BOX 12914**<br>**NORFOLK, VA  23541-0914** | | | | | | | 4,278.44 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **5,912.59**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $   **56,795.53**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE PABON PEREZ, JORGE LUIS _____   Case No. _____
                                          Debtor(s)                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 8/22/2013          Signature: _____
                                              JORGE LUIS PABON PEREZ                                    Debtor

Date: _____   Signature: _____
                                                                          (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only