**IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO**

IN RE: **JORGE LUIS PABON PEREZ**  Bankruptcy Number: **13-04918-MCF**
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **06/14/2013**  First Meeting Date: **07/19/2013 at 3:00PM**

Days From Petition Date: **88**  341 Meeting Date: **09/10/2013 at 10:00AM**

910 Days Before Petition: **12/17/2010**  Confirmation Hearing Date: **08/23/2013 at 1:30PM**

Chapter 13 Plan Date: **06/14/2013** ☐ Amended  Plan Base: **$16,500.00**  Plan Docket #

This is Debtor(s) _____ Bankruptcy petition.  This is the _____ scheduled meeting.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:  Total Paid In: **$175.00**

Check/MO# _____

Date: _____  Amount: $ _____

---

*APPEREANCES:  ☐ Telephone   ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☐ ID & Soc. OK    Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☐ Examined   ☑ Not Examined under Oath        ☐ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present  ☑ Present

Name of Attorney Present (Other than Attorney of Record): Nunez

☐ Pro-se

☑ Creditor(s) Present     ☐ None

First Bank- Melchor
Alexandra Castro -Holder of DSO claims

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILL***

Total Agreed: **$0.00**   Paid Pre-Petition: **$0.00**   Outstanding (Through the Plan): **$0.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under ☐ Above Median Income      Liquidation Value: $ TBD

Commitment Period is    ☐ 36 months   ☐ 60 months §1325(b)(1)(B)    Projected Disp. Inc.: $ TBD

<u>The Trustee:</u>   ☐ <u>NOT OBJECTS</u>   ☐ <u>OBJECTS</u>   <u>Plan Confirmation</u>   Gen. Uns. Approx. Dist.: ___ %

| | |
|---|---|
| §341 Meeting  ☒ CONTINUED  ☐ NOT HELD  ☐ CLOSED  ☐ HELD OPEN FOR ____ DAYS  §341 Meeting Rescheduled for: September 27, 2013 at 8:00 am  Comments: All Schedules and other documents were filed yesterday 9/92013- Trustee unable to review . | |

*OTHER COMMENTS / OBJECTIONS

The case was originally filed Pro -se , through Valentin Valdes

Debtor testified he did not take the credit counseling orientation (dkt.3) since on June 13, 2013 he was in jail he didi not have access to computer and or phones.

/s/ Jose R. Carrion, Esq.          Meeting Date: Sep 10, 2013
    Trustee

/s/ Juliel Perez, Esq.
    Presiding Officer