# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: **JORGE LUIS PABON PEREZ**

Bankruptcy Number: **13-04918-MCF**

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **06/14/2013**

Days From Petition Date: **105**

910 Days Before Petition: **12/17/2010**

Chapter 13 Plan Date: **08/27/2013** ☐ Amended

This is Debtor(s) 2 Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____ Amount: $ _____

First Meeting Date: **07/19/2013 at 3:00PM**

341 Meeting Date: **09/27/2013 at 8:00AM**

Confirmation Hearing Date: **08/23/2013 at 1:30PM**

Plan Base: **$16,500.00** Plan Docket # **14**

This is the 2 scheduled meeting.

Total Paid In: **$350.00**

---

*APPEREANCES: ☐ Telephone ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☑ Examined    ☐ Not Examined under Oath        ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☑ Present

Name of Attorney Present (Other than Attorney of Record):   Nunez

☐ Pro-se

☑ Creditor(s) Present        ☐ None

First Bank- Melchor
Alexandra Castro -Holder of DSO claims

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILL***

Total Agreed: **$0.00**    Paid Pre-Petition: **$0.00**    Outstanding (Through the Plan): **$0.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☑ Under ☐ Above Median Income        Liquidation Value: $ 0.00

Commitment Period is      ☑ 36 months    ☐ 60 months §1325(b)(1)(B)        Projected Disp. Inc.: $ n/a

The Trustee:    ☐ NOT OBJECTS    ☑ OBJECTS    Plan Confirmation    Gen. Uns. Approx. Dist.: 2 %

§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☐ CLOSED   ☑ HELD OPEN FOR 28 DAYS

§341 Meeting Rescheduled for:_____

Comments: Need 1040 PR

*CREDITOR(S) ORAL OBJECTIONS [LBR 3015-2 (c)(4)]
-No objections

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(8)] DSO Payment Default – Debtor(s) is in default with postpetition DSO payments.

Need to submit DSO evidence of post pettion payments up to Nov 2013, fo both DSO obligations.

[1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].

Need to submit evidence of filing 1040 PR year 2009, 2010 and 2012, since the documents submitted to our office had no evidence of filing.

*OTHER COMMENTS / OBJECTIONS

The case was originally filed Pro -se , through Valentin Valdes

Debtor paid $1,300. to Valentin Valdes

Debtor testified he did not take the credit counseling orientation (dkt.3) since on June 13, 2013 he was in jail he did not have access to computer and or phones. Trustee to evalaute action to be taken regarding credit counseling.

/s/ Jose R. Carrion, Esq.        Meeting Date: Sep 27, 2013
   **Trustee**

/s/ Juliel Perez, Esq.
   **Presiding Officer**